RELATED DDJ

FILED

1  Name: James B. Jordan
2  Address: 3314½ Stocker Street
3  Los Angeles, CA 90008
4  Phone: (323) 872-7620
5  Fax:
6  In Pro Per

2023 JUN -2 PM 1:03

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: LP

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

James B. Jordan

   Plaintiff
v.

Los Angeles County
District Attorney

   Defendant(s).

CASE NUMBER: LA23CV04328-DOC-MAR

(Enter document title in the space provided above)

17  On May 23, 2023 United States Judge David O. Carter
18  biasly closed (Dismissed without prejudice) case 2:23-cv-03023
19  /FBI due to David O. Carter wrongfully stating Plaintiff
20  was able to pay filing fees. For example, Plaintiff is
21  not employed and has been unemployed for years due to
22  law Enforcement (all defendants) harassment. Plaintiff
23  previously worked for (7 day project) part-time assignment
24  and reported to U.S. District Court. 7 days is not a job,
25  Plaintiff is still in poverty and being harassed everyday
26  by law enforcement. David O. Carter did not legally
27  state any reason that Plaintiff could pay filing fees.
28  David O. Carter breached the law by assuming that

1.
Page Number

CV-127 (09/09)   PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

Plaintiff can pay. Plaintiff is the victim of harassment and has been assaulted and terrorized (Warfare) by LAPD, Sheriffs, and FBI (Federal Bureau of Investigations) (all defendants). For example, Plaintiff was arrested 5/29/2023 illegally by East Los Angeles Sheriff Trejo and taken to East Los Angeles Sheriffs station. Plaintiffs (5/29/2023) vehicle 2004 Nissan (owned for 10 days) was impounded, etc. FBI has been threatening Plaintiff saying LAPD and Sheriffs are gonna keep arresting Plaintiff and terrorize Plaintiff through Radiation Warfare, Chemical Warfare, Information Warfare, etc.

Judge David O. Carter is treating Plaintiff bias by closing Plaintiff previous lawsuit against LA County District Attorney, and Federal Bureau of Investigations. For example, David O. Carter received Purple Heart in Vietnam War and was medically discharged as a Lt. in Military. David O. Carter is a War Veteran who knows the life threatening dangers of warfare. David O. Carter has taken an oath as a judge to protect the law (with) by issuing Justice. And David O. Carter is not. Plaintiff is being harassed by law enforcement and Warfare is illegal. Frivolous - means to harass, Malice - means to do bad things to another person.
David O. Carter is illegally dismissing Plaintiffs suits for false reasons, frivolous (Plaintiff is being terrorized), Malice, and able to pay fees. When Plaintiff is the victim, broke and in life threatening danger ~~of~~ James R. Jordan
BSW, MSW

2.

1. David O. Carter dismissed my LA County District
2. Attorney Case also (2:23-cv-02485) on May 24, 2023.
3. David O. Carter illegally stated Plaintiff did not state
4. a viable claims against LA County District Attorney.
5. David O. Carter is false. Plaintiff stated in previous
6. Case (2:23-cv-02485) that Defendants (job is to
7. investigate) failed to investigate Plaintiffs law enforcement
8. arrest, harassment, and assault/terrorism. David O. Carter
9. received his JD from UCLA so he should know that
10. warfare, terrorism is illegal in United States
11. against Citizens. Defendants investigate LAPD, Sheriffs
12. claims, Cyber, arrest, etc.
13. Plaintiff is being harassed by Defendants who are
14. (work with law enforcement) related to police, sheriffs
15. and judges. Police used to work as DA (Defendants)
16. DA become judges, etc.
17.
18. David O. Carter is prejudice, bias and not fair
19. in judging, ruling, etc. Plaintiffs case. Plaintiff believes
20. this is due to David O. Carter having experience with
21. evil torture WARFARE.
22.
23. Plaintiff demands justice
24.
25. ✗ _James B. Gordon_, BSW, MSW
26.
27.
28.

2
Page Number

CV-127 (09/09)  PLEADING PAGE FOR A SUBSEQUENT DOCUMENT